IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-00349-REB-BNB

WILLIE HORTON,

Plaintiff,

v.

BLAKE R. DAVIS, Warden,
MARK COLLINS, Adm. Remedy Coordinator,
P. RANGEL, Unit Manager,
D. FOSTER, Counselor, and
A. FENLON, Case Manager,

Defendants.

_____

## ORDER
_____

This matter arises on the plaintiff's **Motion for Clarification** [Doc. #23, filed

06/08/2012] (the "Motion").  The Motion is GRANTED.

The plaintiff requests clarification regarding defendants Davis and Collins.  It appears

from the record that the defendants have not been served with process.  By separate order, I have

directed the United States Marshal to serve defendants Davis and Collins.

IT IS ORDERED that the Motion is GRANTED.

Dated June 14, 2012.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge