IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-00349-REB-BNB

WILLIE HORTON,

Plaintiff,

v.

BLAKE R. DAVIS, Warden,
MARK COLLINS, Adm. Remedy Coordinator,
P. RANGEL, Unit Manager,
D. FOSTER, Counselor, and
A. FENLON, Case Manager,

Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

The plaintiff filed his Prisoner Complaint [Doc. #1] (the "Complaint") on February 9, 2012. The Complaint asserts two claims: (1) retaliation by defendants Rangel, Foster, and Fenlon in violation of the plaintiff's First Amendment rights; and (2) violation of the plaintiff's First Amendment right to access the courts by defendants Davis, Collins, and Foster. The First Amendment claim against defendants Davis, Collins, and Foster was dismissed on February 27, 2012 [Doc. #7]. The plaintiff was permitted to amend his Complaint to reinstate the claim on March 22, 2012 [Doc. #14]. It appears from the record that defendants Davis and Collins have not been served. Accordingly,

IT IS ORDERED:

1. If appropriate, the Clerk shall attempt to obtain a waiver of service from defendants Davis and Collins. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other

orders on defendants Davis and Collins.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d).  All costs of service shall be advanced by the United States; and

2.  Defendants Davis and Collins or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated June 14, 2012.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge