**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00349-REB-BNB

WILLIE HORTON,

      Plaintiff,

v.

BLAKE DAVIS, Warden,
MARK COLLINS, Adm. Remedy Coordinator,
P. RANGEL, Unit Manager,
D. FOSTER, Counselor, and
A. FENLON, Case Manager,

      Defendants.

---

## FINAL JUDGMENT

---

      Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is entered.

      A.  Pursuant to the **Order To Dismiss in Part and To Draw in Part to District Judge and Magistrate Judge** [#7] entered by Senior Judge Lewis T. Babcock on February 27, 2012, which order is incorporated by reference,

      **IT IS ORDERED** as follows:

      1.  That the Complaint with respect to the court access and photocopy claims asserted against Defendants Blake R. Davis, Mark Collins, and A. Fenlon is **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and

      2.  That Defendants Blake R. Davis and Mark Collins shall be terminated as parties to this action.

      B. Pursuant to the **Order Re: Recommendation of the United States**

**Magistrate Judge** [#46] entered by Judge Robert E. Blackburn on February 11, 2013, which order is incorporated by reference,

    **IT IS ORDERED** as follows:

    1.  That **Defendants' Motion for Summary Judgment on the Issue of Exhaustion of Administrative Remedies** [#33], filed August 6, 2012, is **GRANTED**;

    2.  That plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies; and

    3.  That **JUDGMENT IS ENTERED** on behalf of defendants, Blake Davis, Warden; Mark Collins, Admin. Remedy Coordinator; P. Rangel, Unit Manager; D. Foster, Counselor; and A. Fenlon, Case Manager, against plaintiff, Willie Horton, as to all claims for relief and causes of action; provided, that the judgment on these claims **IS WITHOUT PREJUDICE**.

    DATED at Denver, Colorado, this 11th day of February, 2013.

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, CLERK

                                    By: s/Edward P. Butler
                                          Edward P. Butler
                                          Deputy Clerk