**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00349-REB-BNB

WILLIE HORTON,

    Plaintiff,

v.

P. RANGEL, Unit Manager,
D. FOSTER, Counselor, and
A. FENLON, Case Manager,

    Defendants.

**MINUTE ORDER**[1]

    The matter is before the court on plaintiff's **Motion For Clarification** [#50] filed March 4, 2013. The motion is **GRANTED**. The court has received the plaintiff's **Motion For Reconsideration of Summary Judgment** [#49] filed February 20, 2013. The court will rule on the motion for reconsideration in due course.

    Dated: April 4, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.